UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R a 290770

IN RE:
THOMAS L JANNOTTI
CHRISTINE M JANNOTTI

CASE NO. 10-34170-BKC-

CHAPTER 13

MAY 2 6 2011

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 18.78 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: MAY 2 5 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

THOMAS L JANNOTTI
CHRISTINE M JANNOTTI
15511 SW 36 TERR
MIAMI, FL 33185

MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

ISLAND ONE
POB 621608
ORLANDO, FL 32862

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   10-34170-BKC-
THOMAS L JANNOTTI
CHRISTINE M JANNOTTI

                                      CHAPTER 13


THOMAS L JANNOTTI
CHRISTINE M JANNOTTI
15511 SW 36 TERR
MIAMI, FL 33185


MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431

ISLAND ONE                 --------$          18.78
POB 621608                          UNDELIVERABLE/STALE
ORLANDO, FL 32862                   CLAIM REGISTER# 2


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130
```